FRANK R. ROE, defendant below, plaintiff in error, *vs.* HUGH-
LETT STEVENSON, plaintiff below, defendant in error.

### *Certiorari—Award of Referees.*

Judgment reversed on the ground that the referees made no award to
the plaintiff below, but merely taxed the costs.

*(November 2, 1897.)*

LORE, C. J., and GRUBB and PENNEWILL, J. J., sitting.
*Richard R. Kenney* and *Arley B. Magee* for plaintiff in error.
(Defendant in error was unrepresented by counsel.)

Superior Court, Kent County, October Term, 1897.

CERTIORARI to John S. Jester, a Justice of the Peace in and
for Kent County. The record of the Justice disclosed that the
plaintiff below brought an action of debt against the defendant
below for illegal distraint ; demand $5 00.

Both parties demanding trial by referees, the same were
appointed by the Justice. The record then continues : "August
4, 1897, plaintiff and defendant both appear ready for trial, and
also the above named referees, who after hearing the allegations
of the parties and their proofs made a report signed by all the
referees, that they found for the plaintiff for fourteen dollars
and fifty-two cents for costs.

"And now to wit : Judgment is hereby given against the
said Frank R. Roe, the defendant, in favor of the said Hughlett
Stevenson, the plaintiff, for the sum of fourteen dollars and fifty-
two cents costs with interest from August 4, 1897."

Counsel for plaintiff in error filed, among others, the follow-
ing exception to the record of the Justice, viz :

" For that the referees not finding the defendant below,
plaintiff in error, indebted to the said plaintiff below, defendant
in error, in any amount, should have reported to the said Justice
that they found no cause of action, and should have left the costs
to be made up by the said Justice, and which should have been
against the plaintiff below, defendant in error."

Judgment reversed.